No. 96–8377.  GORHAM v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 96–8383.  HICKS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–8388.  SMITH v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–8389.  CARTER ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 96–8398.  CLOVIS v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–8399.  CHANDLER v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 96–8406.  BRACEY v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 96–1289.  GENENTECH, INC. v. REGENTS OF THE UNIVERSITY OF CALIFORNIA.  C. A. Fed. Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 96–1290.  ARTHUR A. COLLINS, INC. v. AMERICAN TELEPHONE & TELEGRAPH CO.  C. A. 5th Cir.  Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 95–746.  LINSCOMB v. UNITED STATES, *ante*, p. 1103;

No. 96–1169.  DU VALL v. UNITED STATES ET AL., *ante*, p. 1104;

No. 96–6844.  TUCKER BEY v. UNITED STATES, 519 U. S. 1098;

No. 96–6924.  BROOKS v. SHEPPARD AIR FORCE BASE, 519 U. S. 1082;

No. 96–7204.  WHITE v. ADAMS COUNTY DETENTION FACILITY ET AL., 519 U. S. 1152;

No. 96–7235.  JONES v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, 519 U. S. 1153;

No. 96–7291.  SING CHO NG v. QUIET FOREST II HOMEOWNERS ASSN. ET AL., *ante*, p. 1106;

No. 96–7292.  AZUBUKO v. BOARD OF TRUSTEES, FRAMINGHAM STATE COLLEGE, 519 U. S. 1134;

1194

No. 96-7306. MULLIGAN v. BARNETT BANK OF CENTRAL FLORIDA, N. A., *ante*, p. 1106;

No. 96-7323. DAY v. PAINTER, SHERIFF, MIDLAND COUNTY, TEXAS, *ante*, p. 1107;

No. 96-7440. TURNER v. KUYKENDALL, *ante*, p. 1124;

No. 96-7567. IN RE GALLARDO, 519 U. S. 1107;

No. 96-7590. CAFFREY v. WASHINGTON, *ante*, p. 1109;

No. 96-7650. JONES v. TOOMBS, WARDEN, *ante*, p. 1127;

No. 96-7673. ANDERSON v. UNITED STATES, *ante*, p. 1109;

No. 96-7773. IN RE BONNER, *ante*, p. 1102; and

No. 96-7828. MORRISON v. UNITED STATES, *ante*, p. 1131. Petitions for rehearing denied.

APRIL 23, 1997

No. A-751. BROWN v. CAIN, WARDEN. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. 96-1683. IN RE CALDERON, WARDEN. Motion of petitioner to expedite consideration of petition for writ of mandamus denied.

No. 96-1671. RAINES, DIRECTOR, OFFICE OF MANAGEMENT AND BUDGET, ET AL. v. BYRD ET AL. Appeal from D. C. D. C. Motion of the parties to expedite consideration of the appeal granted. Probable jurisdiction noted. The parties' briefs are to be filed with the Clerk of this Court and served upon opposing counsel on or before 3 p.m., Friday, May 9, 1997. Reply briefs, if any, may be filed with the Clerk of this Court and served upon opposing counsel on or before 3 p.m., Wednesday, May 21, 1997. Briefs may be submitted in compliance with this Court's Rule 33.2 to be replaced as soon as possible with briefs prepared under Rule 33.1. Rule 29.2 does not apply. Oral argument is set for Tuesday, May 27, 1997, at 10 a.m.

No. 96-8028. BALDREE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.